# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| EMMANUEL NANA KORANTEN, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No.: 4:17-cv-00431-LSC-SGC |
| SCOTT HASSEL, Sheriff, et al., | ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot, filed June 15, 2017. (Doc. 8). In the motion, Respondents note Petitioner was removed from the United States on June 13, 2017. (*Id.* at 1; Doc. 8-1). Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted, and the petition is due to be dismissed.

A separate order will be entered.

**DONE** AND **ORDERED** ON JUNE 19, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704